| | |
|---|---|
| 1 | **AKERMAN LLP**<br>JUSTIN D. BALSER (SBN 213478) |
| 2 | Email: justin.balser@akerman.com<br>601 West Fifth Street, Suite 300 |
| 3 | Los Angeles, California 90071<br>Telephone: (213) 688-9500 |
| 4 | Facsimile: (213) 627-6342 |
| 5 | Attorneys for Defendants |
| 6 | NATIONSTAR MORTGAGE LLC and U.S.<br>BANK, N.A. AS TRUSTEE FOR THE |
| 7 | CERTIFICATE HOLDERS OF THE LXS 2007-7N<br>TRUST FUND |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STINNETT, an individual, | Case No. 5:20-cv-00844-JVS-KK |
| Plaintiff, | |
| vs. | **NOTICE OF LODGING [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| NATIONSTAR MORTGAGE LLC; U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE LXS 2007-7N TRUST FUND; QUALITY LOAN SERVICE CORPORATION; and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: March 17, 2020<br>Trial Date: August 24, 2021 |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Nationstar Mortgage LLC and U.S. Bank, N.A. as trustee for the Certificateholders of the LXS 2007-7N Trust Fund has lodged with the Court the attached proposed order striking the court's order of dismissal without prejudice entered July 7, 2021 (Docket No. 18) and dismissing the entire case with prejudice pursuant to the parties' settlement agreement.

///

///

///

///

1

**NOTICE OF LODGING [PROPOSED] ORDER**

CASE NO. 5:20-CV-00844-JVS-KK

58940341

| | |
|---|---|
| Dated: July 8, 2021 | **AKERMAN LLP** |
| | By: */s/ Justin D. Balser* |
| | Justin D. Balser |
| | Attorneys for Defendants NATIONSTAR MORTGAGE LLC and U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE LXS 2007-7N TRUST FUND |

# PROOF OF SERVICE

State of COLORADO

County of DENVER

I am employed in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is 1900 Sixteenth Street, Suite 1700, Denver, Colorado 80202. On July 8, 2021, I served the following document(s) described as:

On **July 8, 2021**, I served the following document(s) described as:

**NOTICE OF LODGING [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE**

on the persons below as follows:

Gary S. Saunders, Esq.
Dev Patel, Esq.
SAUNDER LAW GROUP
1891 California Ave., Suite 102
Corona, California 92881
Telephone: 951.272.9114
Facsimile: 951.270.5250

*Attorney for Plaintiff,
RICHARD S. STINNETT*

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 8, 2021**, at Denver, Colorado.

| Joanna Seiner | /s/ Joanna Seiner |
|---|---|
| (Type or print name) | (Signature) |

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342