# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STINNETT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>NATIONSTAR MORTGAGE LLC; U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE LXS 2007-7N TRUST FUND; QUALITY LOAN SERVICE CORPORATION; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 5:20-cv-00844-JVS-KK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Complaint Filed: March 17, 2020<br>Trial Date: August 17, 2021 |

The Court has reviewed the stipulation filed by Plaintiff Richard Stinnett and Defendants Nationstar Mortgage LLC and U.S. Bank, N.A. as trustee for the Certificateholders of the LXS 2007-7N Trust Fund requesting the Court strike its order of dismissal without prejudice entered July 7, 2021 (Docket No. 18) and to dismiss the entire case with prejudice pursuant to the parties' settlement agreement.

For good cause appearing, the Court grants the parties' request and orders as follows:

1. The order of dismissal without prejudice entered on July 7, 2021 and found at docket number 18 is stricken;

2. The Court hereby orders the entire case dismissed with prejudice; and

3. The parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 7/9/21

_____
Hon. James V. Selna
United States District Court Judge